JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GILBERT CAMPOS, | NO. 5:17-cv-00085-SJO-KS |
| Petitioner, | |
| v. | JUDGMENT |
| D. PARAMO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 9/8/17

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE